**Onal Gallant & Partners**
Gpgu"J clf ctr cuke."Gus0
*P L"Dct"%24: 764233+
83; "Tkxgt"F t0"Uwkvg"562"
Gro y qqf "Rctm"P L"29629"
R<*423+"72./2:8:
gpguB qi r ncy hkto 0eqo
Cwqtpg{ u'hqt"Rnckpvkhh

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.U.[1],<br><br>  *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); ALEJANDRO MAYORKAS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; UR M. JADDOU, DIRECTOR OF USCIS; JOHN E. THOMPSON, DIRECTOR OF THE NEWARK DISTRICT OFFICE OF USCIS.<br><br>  *Defendants*. | **NOTICE OF VOLUNTARY DIMSISAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Docket No. 2:23-cv-00702-SDW-CLW |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

[1] Plaintiffs are proceeding pseudo-anonymously due to the sensitive nature of their asylum applications and fear of persecution. A copy of the Complaint and Plaintiffs' names and identifying alien numbers have been served on the U.S. Attorney's Office. Plaintiffs will also separately file a motion to procced pseudo-anonymously.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby respectfully submits this notice of voluntary dismissal without prejudice of the above referenced matter.

Dated: April 17, 2023

**ONAL GALLANT & PARTNERS**

*By: /s/ Enes Hajdarpasic*
*Onal Gallant & Partners*
*619 River Dr. Suite 340*
*Elmwood Park, NJ 07407*
*Attorney for Plaintiff*

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: April 18, 2023